UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL ALLEN HARPER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PATRICIA V. TRUMBULL,<br><br>　　　　Defendant. | Case No. 23-cv-02623-HSG<br><br>**ORDER DENYING WITHOUT PREJUDICE MOTION FOR DEFAULT JUDGMENT**<br><br>Re: Dkt. No. 13 |

Pending before the Court is pro se Plaintiff's motion for default judgment. Dkt. No. 13. The Court **DENIES** the motion **WITHOUT PREJUDICE** to renewal if Plaintiff requests, and the Clerk grants, entry of default first as required by the Federal Rules. *See* Fed. R. Civ. P. 55.

**IT IS SO ORDERED.**

Dated: 7/18/2023

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge