United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL ALLEN HARPER,<br><br>   Plaintiff,<br><br>   v.<br><br>PATRICIA V. TRUMBULL,<br><br>   Defendant. | Case No. 23-cv-02623-HSG<br><br>**ORDER SEALING DKT. NO. 25**<br><br>Re: Dkt. No. 25 |

For the same reasons outlined in the Court's prior order sealing other docket entries (Dkt. No. 20) and good cause appearing, the Court **DIRECTS** the Clerk's Office to seal Dkt. No. 25 and to e-file the attached redacted version of the document on the docket as a standalone document.[1]

**IT IS SO ORDERED.**

Dated:   8/11/2023

_Haywood S. Gilliam Jr._
HAYWOOD S. GILLIAM, JR.
United States District Judge

---

[1] Dkt. No. 25-1, which does not include the retired judge's address, does not need to be sealed.