UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL ALLEN HARPER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PATRICIA V. TRUMBULL,<br><br>　　　　　Defendant. | Case No. 23-cv-02623-HSG<br><br>**ORDER REGARDING SERVICE OF COMPLAINT** |

Under Federal Rule of Civil Procedure 4(m):

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m).  In addition, Federal Rule of Civil Procedure 4(i) requires service on the Unites States Attorney' Office and the Attorney General when a U.S. government employee is served, *see* Fed. R. Civ. P. 4(i), and this rule applies where, as here, a former government employee is sued for actions taken during her federal service.

//
//
//
//
//
//
//
//
//

There is no indication in the record that Plaintiff has served the United States as required. *See* Dkt. No. 19, Letter to Plaintiff from the United States Attorney's Office explaining the service requirements. If Plaintiff fails to serve the United States by August 31, 2023, the Court will dismiss the action without prejudice, absent a showing of good cause.[1]

**IT IS SO ORDERED.**

Dated: 8/17/2023

HAYWOOD S. GILLIAM, JR.
United States District Judge

---

[1] Plaintiff filed his complaint on May 26, 2023, *see* Dkt. No. 1, making the service deadline August 24, 2023. This Order provides Plaintiff with a one-week extension.