UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL ALLEN HARPER,<br>    Plaintiff,<br>v.<br>PATRICIA V. TRUMBULL,<br>    Defendant. | Case No. 23-cv-02623-HSG<br><br>**ORDER TERMINATING AS MOOT PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL**<br><br>Re: Dkt. No. 66 |

On August 28, 2024, the Ninth Circuit issued an order on dismissing appellant Paul Allen Harper's appeal as frivolous and denying his motion to proceed in forma pauperis. *See* Dkt. 70. In light of that ruling, the Court **TERMINATES AS MOOT** the motion that Mr. Harper filed on this Court's docket to proceed in forma pauperis on appeal to the Ninth Circuit, Dkt. No. 66. Further, the Court **DIRECTS** Mr. Harper to refrain from making further filings in this closed case.

**IT IS SO ORDERED.**

Dated: 9/3/2024

HAYWOOD S. GILLIAM, JR.
United States District Judge